IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'26 APR 14 PM 1:25

Tyrin Phyall, Tony Scriber, Brian warch, Michael conner, Charles peacock, perry Scott Ryan Hale, Javon Brown, Domique Carto, Devin phillps

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

INternational longshoreman's Association
ILA 333

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ~~1:26-cv-1443~~ SAG-26-1443

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

HD
Rcv'd by: O. Lewis

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Tyrin Phyall_

Street Address _5514 Seward Ave_

City and County _Baltimore MD_

State and Zip Code _MD 21206_

Telephone Number _443-869-8946_

E-mail Address _neroo0721@yahoo.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _ILA 333 Invernational longshoremans Association_

Job or Title (if known) _Job_

Street Address _6610-B Tributary st, Suite 212_

City and County _Baltimore MD_

State and Zip Code _MD 21224_

Telephone Number _____

E-mail Address (if known) _____

2

Plantiffs: Tony Scriber PO box 23254 baltimore MD

Plantiff BRIAN Warch 9544 Bauer Ave 21236

Plantiff MichAEL Conner 5609 Summer field Ave 21206

Plantiff charles Peacock 2210 Elsinore Ave 21214

Plantiff Perry scott 4109 Belview Ave 21215

Plantiff Ryan Hale 6614 Kelly Ann way 21237

Plantiff Javon Brown 3507 Richmond Ave 21213

Plantiff Dominique carter 5924 Daybreak Terrance

Plantiff Devin Phillps 3148 Strasbaugh Dr 21015

Defendant No. 2

    Name            _____

    Job or Title
    (if known)      _____

    Street Address   _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address
    (if known)      _____

Defendant No. 3

    Name            _____

    Job or Title
    (if known)      _____

    Street Address   _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address
    (if known)      _____

Defendant No. 4

    Name            _____

    Job or Title
    (if known)      _____

    Street Address   _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address
    (if known)      _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

    b. If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

_____

_____

_____

_____

_____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20___.

Signature of Plaintiff        _____

Printed Name of Plaintiff    _____


*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20___.

Signature of Attorney         _____

Printed Name of Attorney      _____

Bar Number                    _____

Name of Law Firm              _____

Address                       _____

Telephone Number              _____

Email Address                 _____

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TYRIN PHYALL,
5514 Seward Avenue
Baltimore, Maryland 21206

TONY SCRIBER,
P.O. Box 23254
Baltimore, Maryland 21203

BRIAN WARCH,
9544 Bauer Avenue
Nottingham, Maryland 21236

MICHAEL CONNER,
5609 Summerfield Avenue
Baltimore, Maryland 21206

CHARLES PEACOCK,
2210 Elsinore Avenue
Baltimore, Maryland 21216

PERRY SCOTT,
4109 Belvieu Avenue
Baltimore, Maryland 21215

RYAN HALE,
6614 Kelly Ann Way
Baltimore, Maryland 21237

JAVON BROWN,
3507 Richmond Avenue
Baltimore, Maryland 21213

DOMINIQUE CARTER,
5924 Daybreak Terrace
Baltimore, Maryland 21206

DEVIN PHILLIPS,
3148 Strasbaugh Drive
Bel Air, Maryland 21015

Plaintiffs,

v.

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL NO. 333,

6610-B Tributary Street, Suite 212

Baltimore, Maryland 21224-8401

Defendant.

Civil Action No. _____

(Related to SAG-25-4076)

COMPLAINT

Plaintiffs, proceeding pro se, complain against Defendant as follows:

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(c)(2), (3) and § 2000e(k)(1)(A)(i), (ii), (B)(i), (ii), (C), and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 623(c)(1), (2), (3).

2. Plaintiffs are members of the Brian Warch gang employed by Ports America Chesapeake.

3. Plaintiffs were demoted and/or laid off pursuant to a new gang hiring/lay-off system ratified on February 25, 2025.

4. Warch gang members are similarly situated to all other ILA Local 333 gang workers and have been harmed in the same manner as all gangs under the Union's jurisdiction. However, the Warch gang is the only one of 22 gangs that was demoted/laid off, despite being a senior gang.

5. Defendant ILA Local 333 agreed that the employer could demote/lay off the Warch gang, which has been a Ports America original gang since

operations began in 1938 as Jarka Stevedoring/ International Terminal Operators (ITO).

6. Some gangs hired only a few years ago are now working around the clock up to 100 hours per week. In contrast, the Warch gang was working approximately 20–30 hours per week before being stripped of all seniority rights and has worked only 5–10 hours per week or less since September 1, 2024, when the new hiring/lay-off system was apparently secretly created by a union officer.

7. All Plaintiffs filed timely EEOC charges and have received Right-to-Sue letters. They intend to piggyback on the Complaint filed by Ronald Barkhorn in Case No. SAG-25-4076.

8. When the system changed from the prior "rotate gangs to equalize earnings" system to the new system, there was mass confusion among the workers. Gang workers immediately organized, and Ronald Barkhorn (a former union officer and plaintiff in a previous related case) filed complaints with the Executive Board requesting enforcement of the ILA Local 333 bylaws. Those complaints were not resolved.

9. All prior complaints against ILA Local 333 were brought on a class-wide basis on behalf of all 333 gang workers harmed by the new system. The new system has never been shown to the workers with a union officer's signature, was never ratified by the membership, and many workers still do not know it exists.

10. Plaintiffs do not know whether this Court will allow a piggyback filing on the single issue that

makes the Warch gang slightly different from the other 22 gangs: that the Warch gang was specifically targeted for demotion/lay-off under the September 1, 2024 Safety/Reliability/Production system. This system allows employers to designate any gang — even a senior gang like Warch — as an alternate gang and simply eliminate it.

11.  The Collective Bargaining Agreement requires that gangs be laid off in inverse order of company seniority. Nevertheless, ILA Local 333 has erased all seniority rights for all gangs in the port, refuses to provide seniority lists to the workers, and refuses to enforce the CBA or the Union bylaws that prohibit discrimination.

12.  The Warch Gang is an African-American gang under the Harvey Decree rules (more than 60% African-American). Plaintiff Brian Warch is White; all other members of the gang are African-American. The Warch Gang therefore constitutes a protected class under the Harvey Decree and the Civil Rights laws cited above.

13.  Several Warch gang members have already quit and joined other gangs because they were unable to provide for their families.

14.  This Complaint is filed to protect the rights of the Warch gang, which must act within 90 days of the Right-to-Sue letters (deadline April 14, 2026). Legal counsel will be sought if a separate case is required. Plaintiffs believe it would be far more efficient and cost-effective for all claims arising from the same September 1, 2024 system to proceed as one case.

WHEREFORE, Plaintiffs respectfully request that this Court:

a. Grant leave for Plaintiffs to join or piggyback onto Case No. SAG-25-4076 (Barkhorn v. ILA Local 333), or, in the alternative, consolidate this action with SAG-25-4076;

b. Enter judgment in favor of Plaintiffs and against Defendant for all violations of Title VII and the ADEA;

c. Award Plaintiffs back pay, front pay, compensatory damages, punitive damages, injunctive relief restoring full seniority rights, and any other relief the Court deems just and proper; and

d. Grant such other and further relief as the Court deems appropriate, including attorney's fees if counsel is later obtained. Plaintiffs demand a jury trial on all issues so triable.

Respectfully submitted,

_____    Date: 4-14/26

Tyrin Phyall (443-869-8946)

_____    Date: 4/14/26

Tony Scriber (443-604-2038)

_____    Date: 4/14/26

Brian Warch (410-340-1292)

_____    Date: 4/14/26
410-340-1292
Michael Conner

_____    Date: 4-/4 - 26
443-814-7387
Charles Peacock

_____    Date: 4/14/26
410-300-6009
Perry Scott

Date: 4/14/26

443-572-1043

Ryan Hale

Date: 4/14/26

Javon Brown

Date: 4/14/26

Dominique Carter

Date: 4/14/26

Devin Phillips

Exhibit A: EEOC Right-to-Sue Letters (attached)